UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| HILLSBOROUGH COUNTY<br>AVIATION AUTHORITY,<br>a body politic under the<br>laws of The State of Florida, | : | Case No.:8:12-CV-2478-27 TGW |
| v. | : | |
| HERNANDO COUNTY<br>Board of County Commissioners<br>a body politic under the<br>laws of The State of Florida | : | |
| HERNANDO COUNTY<br>AVIATION AUTHORITY<br>a body politic under the<br>laws of The State of Florida | : | |

**MOTION TO ENFORCE LOCAL RULE 9.07(b)**
**AND MEMORANDUM OF LAW IN SUPPORT**

Plaintiff Hillsborough County Aviation Authority (the "Aviation Authority"), by and through the undersigned counsel, respectfully requests that the Court reopen these proceedings for the limited purpose of entering an order to enforce the confidentiality provisions in Local Rule 9.07(b). In support thereof, the Aviation Authority states as follows.

**MEMORANDUM OF LAW IN SUPPORT**

**A.    Factual Background**

This Court ordered the parties to participate in a mediation conference on or before March 1, 2013 [Dkt. 21]. The parties mutually agreed upon Jonathan Koch as the mediator. The parties held an all-day mediation conference on February 20 that extended well into the evening.

- 1 -

During the conference the parties reached a tentative settlement and further agreed that the mediation would remain in session until the parties finalized a binding settlement agreement.

The day after the mediation, an official from Hernando County disclosed provisions discussed at the mediation to a reporter from the *St. Petersburg Times*. See Exhibit A, (http://www.tampabay.com/news/localgovernment/hillsborough-hernando-officials-settle-on-new-name-for-hernando-airport/1276043)(last visited 2/26/2013). The official disclosed certain provisions, misconstrued other provisions, and further stated that the parties agreed on issues that were, in fact, never discussed in the mediation. Following this disclosure, counsel for the Aviation Authority communicated with Defendants' counsel and the mediator in an effort to prevent any further disclosures.

The Aviation Authority also advised the Defendants that any settlement related discussions should be held in a private board meeting under the applicable provisions of the Florida Sunshine Law. This would permit the Defendants to comply with both the Sunshine Law requirements and Local Rule 9.07(b). This is the procedure the Aviation Authority is using with its board. Because the Defendants did not follow this procedure, selected aspects of the mediation discussions were disclosed during a public meeting of the Hernando County Board of County Commissioners held on the morning of February 26, 2013. During this meeting, Jon Jouben, counsel for the Defendants, acknowledged that the mediation was on-going and that, as a result, the discussions from the mediation were confidential. Despite this acknowledgement, Mr. Jouben read into the public record selected provisions from the parties mediation discussions and distributed a sheet to the commission members and public that was believed to contain these

provisions.[1] Notwithstanding the prior acknowledgement of an on-going mediation, Defendants' counsel subsequently attempted to justify the disclosure as being a settlement offer by the Defendants that was separate and apart from the mediation. Regardless of that purported justification, the public disclosures detailed above clearly violate the mediation privilege and are greatly complicating the on-going efforts to finalize settlement.

### B.  Governing Law

The Court's Order of January 31, 2013 referred this case to mediation pursuant to the Court-Annexed Mediation program [Dkt. 21]. The Court-Annexed Mediation program is governed by Chapter 9 of this Court's Local Rules. Local Rule 9.07(b) states that "All proceedings of the mediation conference, including statements made by any party, attorney, or other participant, are privileged in all respects." Additionally, the Alternative Dispute Resolution Act of 1998 requires district courts to provide litigants with a confidential alternative dispute resolution process. See 28 U.S.C. §652(d); see also U.S. E.E.O.C. v. Northlake Foods, Inc., 411 F. Supp. 2d 1366, n. 1 (M.D. Fla. 2005). Local Rule 9.07(b) simply reiterates the well-known and long standing mediation privilege, which is necessary because "[i]f participants cannot rely on the confidential treatment of everything that transpires during [mediation] sessions then counsel of necessity will feel constrained to conduct themselves in a cautious, tight-lipped, non-committal manner..." Northlake Foods, Inc., 411 F. Supp. 2d at 1368 (quoting Sheldone v. Pennsylvania Turnpike Comm'n, 104 F.Supp. 2d 511, 513 (W.D.Pa.2000)).[2] The on-going mediation in this case is being compromised by Defendants public comments on the

---

[1] Mr. Jouben's presentation is currently being transcribed, but a recording of Mr. Jouben's presentation can be found at http://hernandocountyfl.iqm2.com/citizens/Media.aspx (under Board of County Commissioners Meetings).

[2] The Aviation Authority acknowledges that the details of any settlement may eventually have to be disclosed pursuant to the requirements of Florida Statute Chapter 286. However, Chapter 286 contains exceptions when a board is meeting to discuss the potential settlement of a litigation.

terms of any potential settlement. The Aviation Authority respectfully seeks entry of an order precluding any further public comments pending a proposed final settlement agreement or the conclusion of the mediation.

**WHEREFORE**, the Aviation Authority respectfully asks the Court to reopen the litigation for the limited purpose of entering an Order directing the Defendants and their attorneys and representatives to:

a. refrain from any public comments or comments to the press regarding the on-going mediation or the terms of any proposed final settlement agreement;

b. adhere to the foregoing until the parties have arrived at a final settlement agreement or until the mediator formally declares an impasse; and

c. reserve ruling on any potential sanctions for violations of the mediation privilege.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), the undersigned conferred with opposing counsel regarding the relief requested herein. For the moment, Defendants oppose this motion in view of the scope of relief being requested.

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a copy to all counsel of record.

/s/ Michael J. Colitz, III
Stefan V. Stein
Trial Counsel
Florida Bar Number 300527
Michael J. Colitz, III
Florida Bar No.: 164,348
Debra Deardourff Faulk

Florida Bar No.: 634,425
GrayRobinson, P.A.
401 E. Jackson Street., Suite 2700
Tampa, FL 33602
Tel: (813) 273-5000
Fax: (813) 273-5145
stefan.stein@gray-robinson.com
michael.colitz@gray-robinson.com
debra.faulk@gray-robinson.com
Attorneys for Plaintiff

cc: Jonathan Koch, Esq. (via email)

\325069\12 - # 3796612 v1



HOME   NEWS   POLITICS   SPORTS   THINGS TO DO   VIDEO   OPINION   FEATURES   TBT   TOPICS   SITE MAP

72°

CLASSIFIED   CARS   JOBS   HOMES   LEGAL   SHOP   SUBSCRIBE/SERVICES   ADVERTISE   MEDIA KIT   PRESS RELEASES

Login | Register

Today's Paper | eEdition | Search



01:44 PM, Tuesday, February 26, 2013



**HOME**   NEWS   **POLITICS**   **SPORTS**   **THINGS TO DO**   **VIDEO**   **OPINION**   **FEATURES & MORE**

BREAKING NEWS   PINELLAS   HILLSBOROUGH   PASCO   HERNANDO   FLORIDA   NATION/WORLD   BUSINESS   EDUCATION   HEALTH   OBITUARIES   MORE

# Hillsborough, Hernando officials settle on new name for airport

 Barbara Behrendt, Times Staff Writer ▼

Thursday, February 21, 2013 11:47am

Facebook  23    Tweet 6    Email    Share  29      10

BROOKSVILLE — It took a full day of mediation, but Hernando and Hillsborough officials have settled their dispute over the name of Hernando County's airport.

The new name: Brooksville Tampa Bay Regional Airport.

Once the settlement is approved by the two jurisdictions, it will bring an end to the federal lawsuit the Hillsborough County Aviation Authority filed in early November against the Hernando County Commission and its aviation authority for violation of the Tampa International Airport trademark.

**RELATED NEWS/ARCHIVE**

**Sides agree on new name for Hernando airport**

**Hernando commission chairman offers compromise on airport name**

**What we're remember: Brooksville-Tampa**

For years, the Hernando airport, south of Brooksville, has been known as the Hernando County Airport. Hernando officials wanted a name that would help them better market the airport and its adjacent industrial parks.

"Both sides are very pleased," Hernando commission Chairman Dave Russell said. "We had a great session."

Officials at Tampa International were mum on the outcome of mediation.



Alzheimer's and Dementia Care
*in a Whole New Light*

**READER ACTIVITY**

| Everyone | Friends | Me |
|---|---|---|

Recent user activity on www.tampabay.com:

- Brian Jones commented on:
  **Editorial: Deck stacked against 'stand your ground' reform | Tampa Bay...**
  less than an hour a

- zhombre commented on:
  **Sequestration will hit the youngest and oldest Floridians | Tampa Bay...**
  less than an hour a

- violinmaker commented on:
  **Sequestration will hit the youngest and oldest Floridians | Tampa Bay ...**
  less than an hour a

- o_o commented on:

**Connect with us**



Airport gets new name, control tower and business partners

Hernando County's airport gets new name: Brooksville-Tampa Regional

Hillsborough aviation authority readies $400,000 war chest for suit against Hernando County





TAMPA BAY RADIATION ONCOLOGY

Half of all men and one-third of all women in the U.S. will develop cancer during their lifetimes.

VIDEO

"We have no comment on the ongoing mediation," said airport spokeswoman Janet Zink. "Discussing it is strictly prohibited by the court."

Russell said he will be happy to see the lawsuit end.

"We will save ourselves some very expensive litigation costs on both sides. We've come out with a good outcome and a good name," he said.

Russell had proposed the name as a compromise on the name the Hernando commission previously had approved: Brooksville-Tampa Regional Airport. In federal court pleadings, Hillsborough authority attorneys argued that that name violated the Hillsborough Aviation Authority's trademark on "Tampa" and "Airport."

Hillsborough sought an injunction to keep Hernando from using its new name, but the judge did not rule on that prior to Wednesday's mediation session.

As part of the settlement, Hernando officials agreed that they do not have any immediate plans for regularly scheduled passenger traffic. But Hernando will not be prevented from pursuing passenger service later, Russell said.

"That's going to be driven by the market," he said.

Russell said Hernando will continue to operate as a general aviation airport.

"We're not giving up any services that we currently offer," he said.

Hernando officials also agreed to help promote Tampa International Airport to Hernando County travelers. Currently, a number of county residents choose to fly out of Orlando, Russell said.

In addition, the two sides agreed to work together on business development projects.

"Tampa International is landlocked. They don't have a lot of opportunity for expansion," Russell said. "This is going to be mutually beneficial to both airports."

Gary Schraut, chairman of the Hernando County Aviation Authority, agreed.

"If we can expand their passenger traffic and we can expand our business ... I just don't see a downside to it," he said.

Schraut said he was pleased with the mediation process.

"It's what should have been done all along, everybody sitting down and talking," he said.

Russell said having the face-to-face conversation helped increase the level of understanding between Hillsborough and Hernando officials.

"It has never been our intention to be predatory to their business or their operation," he said.

Said Schraut: "I think their concerns got over-fueled, thinking that Brooksville wanted to be the mecca for passenger traffic."

That was never the Hernando Aviation Authority's intent, he said.

By settling the legal action, he said, "we can get back to what we do, which is creating jobs in Hernando County."

*Barbara Behrendt can be reached at behrendt@tampabaytimes.com or (352) 848-1434.*

Hillsborough, Hernando officials settle on new name for airport 02/21/13 *[Last modified: Thursday, February 21, 2013 8:23pm]*

© 2013 Tampa Bay Times

| 2 | 1 | 3 | 3 | 7 |
|---|---|---|---|---|
| Important | Inspiring | Sad | Angry | Happy |

**JOIN THE DISCUSSION: CLICK TO VIEW COMMENTS, ADD YOURS**



**ARCHIVES**
Search page

**SUBSCRIBE**
Subscribe
Renew
Customer service

**E-EDITION**
Subscribe
Subscriber sign-in

**BLOGS**
The Buzz
Deal Divas
The Feed
The Juice
Stuck in the '80s
Lightning Strikes
The Heater
All Blogs

**ADVERTISE WITH US**
Place an ad
Market info
Media kit

**JOIN US**
Times jobs |
Internships
Deliver the paper

**TIMES-SPONSORED EVENTS**
Click here for a directory of all Times consumer shows

**TAMPA BAY TIMES FUND INC.**
Grants
Scholarships

**TIMES BRAND MERCHANDISE**
Online store