UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HILLSBOROUGH COUNTY**
**AVIATION AUTHORITY,**

    Plaintiff,

v.                                Case No. 8:12-cv-2478.27 TGW

**HERNANDO COUNTY and**
**HERNANDO COUNTY**
**AVIATION AUTHORITY,**

    Defendants.
_____/

**MEDIATION REPORT**

    In accordance with this Court's mediation order, a mediation conference was held in this matter on February 20, 2013, and the results of that conference are reported below.

    All individual parties and their respective trial counsel, together with designated corporate representatives, attended and participated in the mediation conference, and each possessed the requisite authority.

    The outcome of the mediation conference is that the case is settled, subject to the preparation, approval by the necessary public authorities, and execution of a definitive settlement agreement. This process is underway and the mediation is still in session for this purpose.

    **Done this** 27th day of February, 2013, in Tampa, Florida.

                                                    /s/ Jonathan C. Koch_____
                                                    Jonathan C. Koch, Mediator
                                                    Florida Bar No. 364525
                                                    Bush Ross, P.A.
                                                    1801 North Highland Avenue
                                                    Tampa, Florida  33603
                                                    (813) 224-9255
                                                    (813) 223-9620 fax
                                                    jkoch@bushross.com

1354692.1

2

**CERTIFICATE OF SERVICE**

      I certify that copies of the foregoing Mediation Report will be served to counsel of record via the CM/ECF facility of the Court.

      /s/ Jonathan C. Koch
      Jonathan C. Koch

1354692.1